UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 10-00989 DMG (OPx)** | Date | June 28, 2010 |
|---|---|---|---|

| Title | ***Naomi Layton v. GMAC Mortgage LLC, et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS)   ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR**

On June 28, 2010, the Court held a hearing on Defendant GMAC Mortgage LLC's motion to dismiss the first amended complaint. Plaintiff's counsel failed to appear at the hearing and did not notify the Court of his absence in advance. Failure to appear at a scheduled hearing without notice to the Court is grounds for sanctions, up to and including dismissal of the suit. *See* C.D. Cal. L.R. 7-14, 41-5, 83-7. Consequently, Plaintiff's counsel is ORDERED TO SHOW CAUSE why he should not be sanctioned for failure to appear at the June 28, 2010 hearing. Plaintiff's counsel shall file a response within 10 days of the date of this Order.

IT IS SO ORDERED.